1176

No. 12–7877.  SMITH v. WALKER ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 12–7880.  SMITH v. NORTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.

No. 12–7883.  GILLILAND v. KANSAS.  Sup. Ct. Kan.  Certiorari denied.

No. 12–7885.  MORROW v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 12–7887.  PETEFISH v. OHIO.  Ct. App. Ohio, Mahoning County.  Certiorari denied.

No. 12–7889.  MARTINEZ-PRADO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 12–7890.  MOONEY v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 12–7895.  ANDERSON v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 12–7897.  MCNELTON v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 12–7898.  MESSICK v. MCDANIEL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–7901.  ANDERSON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 12–7902.  AVALOS-MARTINEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 12–7903.  JACKSON v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 12–7904.  CLAVERIA-MARTINEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 12–7908.  DENNY v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 12–7909.  CHAVEZ-IBARRA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.